# United States Court of Appeals
## For the First Circuit

No. 23-1250

JOAO PAULO GONCALVES CARVALHO; J.V.A.C.,

Petitioners,

v.

MERRICK B. GARLAND, United States Attorney General,

Respondent.

PETITION FOR REVIEW OF AN ORDER OF
THE BOARD OF IMMIGRATION APPEALS

**ERRATA SHEET**

The opinion of this Court, issued on August 13, 2024 is amended as follows:

On page 8, line 7, replace "We affirm." with "We deny the petition for review."